# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D2023-3405
LT Case Nos. 2019-DR-000413
200123984

———————————————

AARON KINKAID,

Appellant,

v.

DEPARTMENT OF REVENUE o/b/o
Stephanie Daniels f/k/a
Stephanie Kinkaid,

Appellee.

———————————————

Nonfinal appeal from the Circuit Court for Hernando County.
Thomas R. Eineman, Judge.

Tomas J. Yi, of St. Vincent DePaul CARES, St. Petersburg, for
Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior
Assistant Attorney General, Tallahassee, for Appellee.

April 26, 2024

ON CONFESSION OF ERROR

PER CURIAM.

Appellant appeals the trial court's order approving, ratifying, confirming, and adopting the report of the child support hearing officer. Appellant appeals only the portion of the order adjudicating arrears. Appellee has filed a confession of error. We accept the confession of error, reverse the portion of the order adjudicating arrears, and remand for further proceedings.

REVERSED AND REMANDED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____